# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

January 7, 2020

_____

## PARTIAL RECORD REQUEST
_____

No. 20-2,　　　In re: Dustin Higgs

　　　　　　　8:98-cr-00520-PJM-2

TO:　　　Felicia Cannon

PARTIAL RECORD DUE:  January 10, 2020

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

## Sentencing Transcript

If there is any problem with transmission of the partial record, please notify me.

Emily Borneisen, Deputy Clerk
804-916-2704