# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 7, 2020

_____

RESPONSE REQUESTED

_____

No. 20-2,    In re: Dustin Higgs
             8:98-cr-00520-PJM-2

TO:    United States of America

RESPONSE DUE: **01/14/2020**

Response is required to the motion for authorization to file successive application
for post-conviction relief (Local Rule 22(d)) on or before 01/14/2020.

Emily Borneisen, Deputy Clerk
804-916-2704