**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE DUSTIN JOHN HIGGS | ) | |
| | ) | CASE NO. 20-02 |
| | ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE**

The United States of America, by its undersigned attorneys, hereby moves

the Court to extend the time for filing the government's response in the above

captioned-matter to and including **February 14, 2020** for the following reasons:

1.      On January 6, 2020, the Movant Dustin John Higgs filed a motion

seeking this Court's authorization to file a second or successive application for

post-conviction relief pursuant to 28 U.S.C. § 2255.   ECF No. 2.

2.      On January 7, 2020, the Court issued a notice requesting a response

from the United States with a due date of January 14, 2020.

3.      Undersigned counsel, who has primary briefing responsibilities for the

government's response, has numerous preexisting court appearances and

obligations, including a pre-planned period of leave, during this time.

Accordingly, the government does not anticipate that, even with all diligent efforts,

its response can be filed by the current due date.

1

4.      No date for oral argument has been set for the Defendant's motion, and the requested delay in filing the government's response will not affect any oral argument schedule.

5.      Counsel for the Defendant has consented to this motion.

Wherefore, the United States of America, moves this Court to extend the time for filing its response up to and including **February 14, 2020**.

Respectfully submitted,

Robert K. Hur
United States Attorney


By:     __/s/_____
        Burden H. Walker
        Assistant United States Attorney

# CERTIFICATE OF SERVICE

This is to certify that on this 8th day of January, 2020, a copy of the

foregoing Motion for Extension of Time to File Response was filed via CM/ECF,

and was thereby served upon:

Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520

Stephen H. Sachs
WilmerHale LLP
Five Roland Mews
Baltimore, MD 21210
Steve.Sachs@wilmerhale.com
(410) 532-8405

_____/s/_____
Burden H. Walker
Assistant United States Attorney