UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2
(8:98-cr-00520-PJM-2)
_____

In re: DUSTIN JOHN HIGGS

　　　Movant

_____

O R D E R
_____

Upon consideration of submissions relative to the United States of America's unopposed motion for extension of time to file a response, the court extends the deadline for filing a response to the motion for authorization to January 28, 2020, by 12 noon.

For the Court

/s/ Patricia S. Connor, Clerk