# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 27, 2020

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No. 20-2,     In re: Dustin Higgs
              8:98-cr-00520-PJM-2

TO:   United States of America
      Dustin John Higgs

REQUESTED FORM(S) DUE:  January 30, 2020

The form(s) identified below must be filed in the clerk's office electronically by the
due date shown. The forms are available for completion as links from this notice
and at the court's Web site.

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704