## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :

        V.                  :     **CRIMINAL NO. PJM-98-0520**

DUSTIN JOHN HIGGS           :

...oooOooo...

### VERDICT SHEET

1.    Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Tamika Black?

       Guilty __X__          Not Guilty _____

If you find the defendant guilty of first degree premeditated murder, please skip Question 2. If you find the defendant not guilty to Question 1, please proceed to Question 2. In either case, please answer Questions 3, 4, 5 and 6.

SKIP 2.    Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Tamika Black?

       ~~Guilty~~           ~~Not Guilty~~

3.    Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Tamika Black?

       Guilty __X__          Not Guilty _____

4.    Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Tamika Black?

       Guilty __X__          Not Guilty _____

5.    If you find the defendant guilty of the kidnapping of Tamika Black, did the kidnapping result in her death?

       Yes __X__          No _____

6.    Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Tamika Black?

       Guilty __X__          Not Guilty _____

7. Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Mishann Chinn?

Guilty ___✗___          Not Guilty _____

If you find the defendant guilty of first degree premeditated murder, please skip Question 8. If you find the defendant not guilty to Question 7, please proceed to Question 8. In either case, please answer Questions 9, 10, 11 and 12.

skip 8. Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Mishann Chinn?

Guilty _____          Not Guilty _____

9. Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Mishann Chinn?

Guilty ___✗___          Not Guilty _____

10. Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Mishann Chinn?

Guilty ___✗___          Not Guilty _____

11. If you find the defendant guilty of the kidnapping of Mishann Chinn, did the kidnapping result in her death?

Yes ___✗___          No _____

12. Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Mishann Chinn?

Guilty ___✗___          Not Guilty _____

2

13.  Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Tanji Jackson?

Guilty ___X___          Not Guilty _____

If you find the defendant guilty of first degree premeditated murder, please skip Question 14. If you find the defendant not guilty to Question 13, please proceed to Question 14. In either case, please answer Questions 15, 16, 17 and 18.

SKIP  14.  Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Tanji Jackson?

Guilty _____          Not Guilty _____

15.  Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Tanji Jackson?

Guilty ___X___          Not Guilty _____

16.  Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Tanji Jackson?

Guilty ___X___          Not Guilty _____

17.  If you find the defendant guilty of the kidnapping of Tanji Jackson, did the kidnapping result in her death?

Yes ___X___          No _____

18.  Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Tanji Jackson?

Guilty ___X___          Not Guilty _____

___OCT 11, 2000___
Date

[redacted]
Foreperson

3

1333