## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 20-2
(8:98-cr-00520-PJM-2)

_____

In re: DUSTIN JOHN HIGGS

    Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Floyd with the concurrence of Judge Keenan and Judge Richardson.

        For the Court

        /s/ Patricia S. Connor, Clerk